UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:12-cv-550-JMH

DARLENE WHALEY                                                                    PLAINTIFF

VS.                        **JOINT MOTION TO STAY PROCEEDINGS**

CENTRAL BAR, INC.                                                                 DEFENDANT

\* \* \* \* \* \* \* \* \* \*

Come now the Plaintiff, Darlene Whaley, and Defendant, Central Bar, Inc., by counsel, and hereby file this Joint Motion to request that the Court stay all further proceedings in this matter for a period of sixty (60) days.  In support of this Motion, the parties state as follows:

1.      This is a claim brought pursuant to Title III of the Americans with Disabilities Act (ADA) seeking removal of alleged barriers to access at the Defendant's business establishment.

2.      The parties have discussed, and are interested in exploring, the possibility of an early resolution of some or all of the claims in the case.  In order to determine the feasibility of resolving claims in this matter, the parties have agreed that Defendant will submit to Plaintiff's counsel an inspection of the subject property in the near future, as a first step in their efforts to negotiate a resolution of the claims raised in Plaintiff's complaint, outside of these legal proceedings.

3.      Accordingly, and for the purpose described herein, the parties request that all proceedings in this matter be stayed for a period of sixty (60) days. The parties further propose that should this matter not be fully resolved within that time period, the parties shall file a joint status report with the Court before the expiration of the sixty (60) day stay, describing the progress of the parties' settlement efforts.

1

4.     This motion is not interposed for purposes of delay, but rather to avoid potentially unnecessary litigation, and the expenses thereof, as the parties continue to work toward a collaborative resolution.

Respectfully submitted this the _____ day of November, 2012.

Respectfully submitted,

*/s/ EDWARD I. ZWILLING*        
EDWARD I. ZWILLING
Schwartz Zweben, LLP
600 Vestavia Parkway, Suite 251
Birmingham, AL  35216
ezwilling@szalaw.com

Mr. Jerry N. Higgins
3426 Paoli Pike
Floyd Knobs, IN  47119
jnh@jerryhigginslaw.com

COUNSEL FOR PLAINTIFF

and

*/S/ BRADLEY D. HARVILLE*       
BRADLEY D. HARVILLE
Bradley D. Harville Law Offices PLLC
One Riverfront Plaza
401 W. Main Street, Suite 1706
Louisville, KY  40202
(502) 585-3356

COUNSEL FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on November 16, 2012, a true copy of the foregoing was electronically filed with the clerk of the court using the CM/ECF system which will send a notice of the electronic filing to the following:

Mr. Edward I. Zwilling
Schwartz Zweben, LLP
600 Vestavia Parkway, Suite 251
Birmingham, AL  35216
ezwilling@szalaw.com

Mr. Jerry N. Higgins
3426 Paoli Pike
Floyd Knobs, IN  47119
jnh@jerryhigginslaw.com

*/S/ BRADLEY D. HARVILLE*
Counsel for Defendant