UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:12-cv-550-JGH

DARLENE WHALEY                                                                                           PLAINTIFF

VS.                        **ORDER GRANTING MOTION TO STAY PROCEEDINGS**

CENTRAL BAR, INC.                                                                                        DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This case having come before the Court and the Court having reviewed the parties' Joint Motion to Stay Proceedings, and the Court having considered said Motion and being fully advised, it is hereby ORDERED that the Joint Motion be, and hereby is, GRANTED, and all current dates and deadlines in regard to this matter are hereby stayed for sixty (60) days, from the date of entry of this Order, pending the parties' efforts to resolve this matter.

Dated this _____ day of November, 2012.

_____